UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNARD JEMISON, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Case No. 2:13-cv-00144-LSC-HGD |
| | ) |
| CHERYL PRICE, Warden, and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

## MEMORANDUM OPINION

On January 25, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On February 6, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(b) and for failure to comply with 28 U.S.C. § 2244(b)(3)(A), or in the alternative, denied as time-barred.

Done this <u>13th</u> day of <u>February 2013</u>.

                                                    L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE

[160704]